UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMY HARRIS, individually and on behalf of others similarly situated,<br>　　　　Plaintiff,<br><br>v.<br><br>LAZ PARKING LTD, LLC; LAZ KARP ASSOCIATES, LLC,<br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>: CASE NO. 3:24-cv-00889 (SVN)<br>:<br>:<br>:<br>:<br>:<br>: |

## JUDGMENT

This action having come before the Court for consideration of the Defendants' Motion to Dismiss before the Honorable Sarala V. Nagala, United States District Judge; and

The Court having considered the motion and the full record of the case including applicable principles of law, having granted the motion on February 12, 2025, and having entered an Order on March 7, 2025., pursuant to Plaintiff's notice that she does not intend to file an amended complaint, directing the Clerk to enter judgment in favor or the Defendants; it is hereby,

ORDERED, ADJUDGED, and DECREED that judgment be and is hereby entered in favor of the Defendants and the case is closed.

Dated at Hartford, Connecticut, this 10th day of March, 2025.

　　　　　　　　　　　　　　　　　DINAH MILTON KINNEY, Clerk

　　　　　　　　　　　　　　　　　By: /s/ Samantha Bergeson
　　　　　　　　　　　　　　　　　　　 Samantha Bergeson
　　　　　　　　　　　　　　　　　　　 Deputy Clerk

Entered on Docket: 3/10/2025